Gonzales *v.* The State.

*L. M. Campbell, P. S. Kennedy,* and *E. Singer,* for the appellants.

---

GONZALES *v.* THE STATE.

The record on appeal to this Court in a criminal case, should contain the indictment, and show that the same was properly found.

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—In this case the appellant was convicted of some offence and sent to the penitentiary; but for what offence does not appear, there being no indictment in the record, nor anything to show that any indictment was ever found against him.

The judgment is reversed. The Clerk will give the proper notice for the discharge of the appellant.

*J. E. McDonald* and *A. L. Roache,* for the appellant.